

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2021

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On August 22, 2021, appellees filed an amended response to our show cause order and an unopposed motion for extension of time to file appellees' brief. On August 23, 2021, appellees filed their brief. We GRANT appellees' motion to extend the time to file appellees' brief, and we deem appellees' brief timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court